UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2014 APR 17  PM 4:32

UNITED STATES OF AMERICA

v.

CASE NO. 3:14-cr-ᑎ3-J-32 ᐯᐯᑕ

JUAN LUIS HERNANDEZ RILL

## MOTION FOR CAPIAS

The United States of America, by A. Lee Bentley, III, United States Attorney for the

Middle District of Florida, moves this Court to issue a capias for JUAN LUIS

HERNANDEZ RILL, against whom an indictment was returned in the Jacksonville

Division of the Middle District of Florida.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By: _____

A. TYSEN DUVA
Assistant United States Attorney
Florida Bar No. 0603511
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:    (904) 301-6300
Facsimile:     (904) 301-6310
E-mail:    Tysen.Duva@usdoj.gov