UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES AMERICA,

v.  Case No.: 3:14-Cr-73-J-34 JRK

JUAN LUIS HERNANDEZ RILL

_____/

**NOTICE OF APPEARANCE**

FRANCISCO G. FERNANDEZ of Fernandez Law Group, P.A., whose address is 506 N. Armenia Avenue, Tampa, FL 33609, telephone number (813) 489-3222, hereby files his appearance as attorney for the Defendant Juan Luis Hernandez Rill in the above captioned matter.

DATED THIS 11th day of January 2019.

Respectfully submitted,

*/s/: Francisco G. Fernandez, Esq.*
Francisco G. Fernandez, Esquire
Florida Bar No.: 0076740
506 N. Armenia Ave
Tampa, Florida  33609
(813) 489-3222
(813) 388-4447 (facsimile)
Primary: Frank@thefernandezlawgroup.com
Secondary: Jeff@thefernandezlawgroup.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished electronically by the CM/ECF system which will send an electronic filing to the OFFICE OF THE UNITED STATES ATTORNEY, 300 North Hogan St. Jacksonville, FL 32202 on this 11th day of January 2019.

*/s/: Francisco G. Fernandez, Esq.*
Francisco G. Fernandez, Esquire