# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-

**JUAN LUIS HERNANDEZ RILL**

Case No. 3:14-cr-73-J-34JRK

Defense Attys.: Francisco G. Fernandez, Esquire & Jeff Quisenberry, Esquire
AUSA: Andrew Tysen Duva, Esquire

| JUDGE | James R. Klindt U. S. Magistrate Judge | DATE AND TIME | 3/8/2019 11:08 a.m. - 11:28 a.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan D. Chaddock | TAPE/REPORTER | Digital |
| INTERPRETER | David Alvarez/Spanish | PRETRIAL/PROBATION | Kimberly Barrett |

## CLERK'S MINUTES

**PROCEEDINGS:**     **INITIAL APPEARANCE**

Francisco G. Fernandez and Jeff Quisenberry advised the Court that they have been retained to represent Defendant.

Defendant arrived from Spain yesterday and brought to Court today on a warrant out of Jacksonville, Florida.

Defendant advised of rights, charges, penalties, special assessment, and forfeiture provision.

Government's oral motion for detention.

Defendant's oral motion to continue the detention hearing, with no objection from the Government, is **GRANTED.**

Detention hearing and arraignment set for **Friday, March 15, 2019, at 1:30 p.m.**

**Order of Temporary Detention to enter.**