**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

vs.

**JUAN LUIS HERNANDEZ RILL**

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case No. 3:14-cr-73-J-34JRK

Upon oral motion of the Defendant to continue the detention hearing, the motion is **GRANTED** and it is **ORDERED** that an arraignment and detention hearing are set for **Friday, March 15, 2019, at 1:30 p.m.,** before **James R. Klindt, United States Magistrate Judge,** in **Courtroom No. 5D, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida.** The Government's case agent (or another law enforcement officer with knowledge of the underlying facts of the case and the investigation) must be present at the hearing.[1] Pending the hearing the Defendant shall be held in custody by the United States Marshals and produced for the hearing.

Date: March 8, 2019

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

Copies to:
Assistant U.S. Attorney (Duva)
Francisco G. Fernandez, Esquire
Jeff Quisenberry, Esquire
U.S. Marshals Service
U.S. Pretrial Services

---

[1] If the Government is advised prior to the detention hearing that Defendant intends to waive the hearing or move to continue the hearing, this requirement is lifted.