AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED U.S. MARSHALS
M/FL JACKSONVILLE
2014 APR 18 AM 9:07

FILED
2019 MAR 12 AM 9:23
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JUAN LUIS HERNANDEZ RILL | ) | Case No. 3:14-cr-73-J-32JRK |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JUAN LUIS HERNANDEZ RILL                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to commit wire fraud, wire fraud, and aiding and abetting wire fraud.

In violation of Title 18, United States code, Section(s) 1349, 1343 & 2.

Date: 4/18/2014

_____
*Issuing officer's signature*

City and state:   Jacksonville, Florida            SHERYL L. LOESCH, Clerk, United States District Court
                                                   *Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/18/14 , and the person was arrested on *(date)* 3/7/19
at *(city and state)* Jacksonville, FL.

Date: 3/8/19

_____
*Arresting officer's signature*

Ricky Lippie  DUSM
*Printed name and title*