UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

JUAN LUIS HERNANDEZ RILL

Case No. 3:14-cr-73-J-34JRK

_____/

**UNITED STATES' NOTICE OF RELIANCE ON
AUTHORITY IN SUPPORT OF MOTION FOR DETENTION**

The United States of America, via the undersigned, files this Notice of Reliance on Authority to inform the Court and opposing counsel of certain legal authority the United States intends to rely upon during the detention hearing of defendant Juan Luis Hernandez Rill on Friday, March 15, 2019 at 1:30 pm.

This case presents the rare scenario of an extradited defendant seeking pre-trial release. The undersigned's research indicates that the proper procedure for detention analysis in this wire fraud case is pursuant to 18 U.S.C. § 3142(f)(2)(A), specifically whether defendant Hernandez Rill presents a serious risk of flight. The government bears the burden to illustrate that by a preponderance of the evidence. The United States is not seeking detention on dangerousness grounds.

The government's view is that the proper procedure for undertaking this analysis in a wire fraud case is set forth in *United States v. Giordano*, 370 F.Supp.2d 1256 (S.D. Fla. 2005). While that case did not involve an extradited defendant, it

1

nevertheless sets forth the proper procedure for detention analysis in a fraud case.

The undersigned will make argument at the hearing on March 15, 2019 pursuant to the factors set forth in 18 U.S.C. § 3142(g). While the United States understands that the detention analysis is a fact specific one unique to each case, the undersigned will rely on two cases where the detention analysis involved an extradited defendant. *See United States v. Epstein*, 155 F.Supp.2d 323 (E.D.Pa. 2001)(reversing Magistrate Judge's denial of detention and finding that a $1,000,000 bond and electronic monitoring insufficient security based on defendant's alien status and lack of ties to the United States); *United States v. Ishraiteh*, 59 F.Supp.2d 160 (D.Mass. 1999) (detention appropriate for alien defendant charged with mail and wire fraud who had extensive family and employment ties with foreign entities and no ties to the United States or district where the charges are pending).

        MARIA CHAPA LOPEZ
        United States Attorney

By:   *s/ Tysen Duva*
       Tysen Duva
       Assistant United States Attorney
       Florida Bar No. 0603511
       300 North Hogan Street, Suite 700
       Jacksonville, Florida   32202-4270
       Telephone:   (904) 301-6300
       Facsimile:   (904) 301-6310
       E-mail:   Tysen.Duva@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jeff Quisenberry, Esquire (Counsel for Juan Luis Hernandez Rill)

Francisco Fernandez, Esquire (Counsel for Juan Luis Hernandez Rill)

                              *s/ Tysen Duva*
                              Tysen Duva
                              Assistant United States Attorney