# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-

**JUAN LUIS HERNANDEZ RILL**

Case No.  3:14-cr-73-J-34JRK

Defense Attys.:Jeff Quisenberry, Esquire
AUSA: Andrew Tysen Duva, Esquire

| JUDGE | James R. Klindt<br>U. S. Magistrate Judge | DATE AND TIME | 3/15/2019<br>1:30 p.m. - 2:10 p.m.<br>(Recess)<br>2:21 p.m. - 2:47 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Angela Loeschen | TAPE/REPORTER | Digital |
| INTERPRETER | Adriana Gonzalez | PRETRIAL/PROBATION | Jacob Ely |

## CLERK'S MINUTES

**PROCEEDINGS:**          ARRAIGNMENT/DETENTION

Defendant advised of rights, charges, penalties, special assessment, and forfeiture provision.

Defendant entered a plea of not guilty.

Government to provide discovery: **Already provided**
Discovery/Dispositive/Suppression motions to be filed by: **April 12, 2019**
Government's responses to Dispositive motions due by: **April 26, 2019**
Witness lists due: **5 Calendar days prior to trial**
Jencks materials due: **5 Calendar  days prior to trial**
Status Conference: **April 22, 2019, at 3:00 p.m. before the Honorable Marcia Morales Howard**
Trial Term: **May 6, 2019, at 9:30 a.m. before the Honorable Marcia Morales Howard**

Government's proffer.

Defendant's proffer.

<u>Defendant's witness:</u>
        Javier Tome, potential Third Party Custodian
        Daniel Naim, potential Third Party Custodian

[Continued to Page Two]

United States v. Rill
Case Nos. 3:14-cr-73-J-34JRK
Page Two
_____

Government's oral motion for detention as to Defendant is **GRANTED.**

**Order of Detention to enter**.

**FILED IN OPEN COURT:**
    **Notice of Acceptance of General Discovery**