<u>United States v. Juan Luis Hernandez Rill</u>
No. 3:14-cr-73-J-34JRK
Detention Findings

Defendant (age 42) was born in Venezuela and moved to Spain in 2001. Defendant was extradited from Spain to face the instant charges. Prior to his extradition, Defendant was residing in Madrid with his wife, minor child, and mother. Defendant's father lives in Venezuela, and his brother lives in France.

Defendant has traveled for vacation purposes to the following places over the last twelve years: Canada; Venezuela; Mexico; Australia; the Dominican Republic; Europe; Asia; and, the Middle East.

Defendant has been employed since 2001 in "e-commerce" in various positions. When interviewed by the pretrial services officer, Defendant did not report an earned income.

Defendant has no ties to the Middle District of Florida. The only ties Defendant has to the United States are two friends from his university days in Spain. Both friends attended the detention hearing and would be willing to help Defendant financially so that he could rent an apartment in Jacksonville. Both are willing to co-sign a monetary bond.

Defendant's ties to Venezuela, Spain and France weigh against release as does Defendant's extensive international travel. The Court has absolutely no idea what Defendant's income has been the past eighteen years and has no idea whether Defendant has the financial wherewithal to flee this jurisdiction and avoid prosecution. Defendant's ties to the United States are minimal. His two friends are well intentioned, but they only communicate with him via phone or social media just a few times a year, and they know little about the type of work he does.