UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES AMERICA,

v.  Case No.: 3:14-cr-73-J-34JRK

JUAN LUIS HERNANDEZ RILL

_____/

### MOTION FOR CONTINUANCE OF TRIAL DATE

COMES NOW, The Defendant, JUAN LUIS HERNANDEZ RILL, by and through his undersigned counsel, respectfully requests that this Court continue the trial date in this cause and would state as follows:

1. The United States of America has provided discovery March 11, 2019. The discovery is extensive with thousands of documents and the defense needs more time to review the documents.

2. The case has not previously been postponed.

3. The Defendant waives his right to speedy trial until November 2019.

4. Assistant United States Attorney Andrew Tysen Duva has no objection to this motion.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant a continuance of the trial date until October 2019.

Respectfully submitted,

*/s/: Jeff R. Quisenberry*
Jeff R. Quisenberry, Esquire

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished electronically by the CM/ECF system which will send an electronic filing to the OFFICE OF THE UNITED STATES ATTORNEY, 300 North Hogan Street, Jacksonville, Florida 32202 on this 11th day

of April, 2019.

*/s/: **Jeff R. Quisenberry, Esq.***
Jeff R. Quisenberry, Esquire
Florida Bar No.: 0805262
506 N. Armenia Ave
Tampa, Florida  33609
(813) 489-3222
(813) 388-4447 (facsimile)
Primary: Jeff@thefernandezlawgroup.com
Attorney for Defendant