**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 3:14-cr-73-J-34JRK

JUAN LUIS HERNANDEZ RILL

## O R D E R

**THIS CAUSE** is before the Court on Defendant's Motion for Continuance of Trial Date (Dkt. No. 513; Motion) filed on April 11, 2019. In the Motion, Defendant requests that the Court continue the trial, which is currently set on the May 2019 trial term. See Motion at 1. In support of the Motion, defense counsel asserts that additional time is needed to review the voluminous discovery. See id. Defendant represents to the Court that counsel for the government does not object to the relief requested in the Motion. See id. After due consideration, it is

**ORDERED:**

1. Defendant's Motion for Continuance of Trial Date (Dkt. No. 513) is **GRANTED**.

2. This case is continued to the October 2019 trial term, commencing on October 7, 2019. As additional time is needed to review the voluminous discovery, the Court finds that "the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Court, therefore,

determines that the time from today until the end of the October 2019 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

3. This case is stricken from the May 2019 trial calendar and defense counsel is relieved of the obligation of attending the status conference previously scheduled for April 22, 2019, at 3:00 p.m.  Another status conference is scheduled for September 23, 2019, at 3:00 p.m. before the undersigned in Courtroom 10B, Tenth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

**DONE AND ORDERED** in Jacksonville, Florida this 12th day of April, 2019.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record