**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO. 3:14-cr-73-J-34JRK

JUAN LUIS HERNANDEZ RILL

---

**REPORT AND RECOMMENDATION[1]**
**CONCERNING PLEA OF GUILTY**

  The Defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P. and Rule 6.01(c)(12), M. D. Fla. Rules, and has entered a plea of guilty to Count One of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

  **DONE** and **ORDERED** in Jacksonville, Florida on this 30th day of July, 2019.

*/s/ James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

Copies to:
Honorable Marcia Morales Howard
United States District Judge
Jodi Wiles, Courtroom Deputy
Assistant United States Attorney (Duva)
Francisco G. Fernandez, Esquire
Jeff Quisenberry, Esquire
United States Probation

---

[1] The parties have agreed to waive the fourteen (14) day objection period to this Report and Recommendation. 28 U.S.C. §636(b)(1)(B), Rule 6.02, M.D. Fla. Rules.